# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    Cr. 07-225(PGS)

v.

SAMUEL HEGGS                                O R D E R

The Court having presided over the defendant's guilty plea to violation number one of the petition, charging him with violation of the supervision condition. The Court finds evidence presented that Samuel Heggs is in violation of the conditions of Supervised Release as imposed by this Court on July 29, 2005. Whereupon it is ordered and adjudged that the previously imposed term of Supervised Release the U.S. Probation Office, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of violating a term his supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby sentence as follows:

   A. Defendant is hereby committed to custody of the United States Bureau of Prison to be imprisoned for a term of 5 days which constitutes Time Served,

   B. The defendant shall be placed on Supervised Release for a term of 1 year. Defendant shall reside for a period of 6 months in a community corrections center with weekend privileges once gainfully employed; Full disclosure of financial record, Defendant prohibited for incurring any new credit charges; Defendant shall pay remaining balance of Special Assessment of $50.00

     and Defendant shall pay a fine of $2,500.00.  Defendant
     change of residence should be handled thru the
     Probation Officer.

C. All previous conditions of supervised release and
   Fine as set forth in the judgment issued
   August 11, 2005 shall remain in effect.

Government dismiss counts Two thru Five on the record.

_____
HON. PETER G. SHERIDAN
United States District Judge


Dated: March 30, 2010