PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Samuel Heggs     **Docket Number:** 07-00225-001
   **PACTS Number:** 41107

**Name of Sentencing Judicial Officer:** Honorable Peter G. Sheridan (Transfer of Jurisdiction-from ED/PA)

**Date of Original Sentence:** 07/29/05

**Original Offense:** False Statements in the Acquisition of a Firearm (two counts)

**Original Sentence:** 12 months and one day, three years supervised release, no new debt, financial disclosure (business and personal), $2,500 fine, and $200 special assessment

**Violation Date/Sentence:** On March 30, 2010, the offender was sentenced to time-served (five days) with one year supervised release to follow, with special conditions of six months in a Community Correctional Facility, financial disclosure, no new debt, and payment of outstanding financial penalties originally imposed

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 03/30/10

**Assistant U.S. Attorney:** Peter Katz, 402 East State Street, Room 502 Trenton, New Jersey 08608 (609) 989-2190

**Defense Attorney:** David Schafer, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609 (609) 989-2160

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**' |
| | On August 11, 2010, the offender was instructed to contact the probation officer on August 16, 2010 to make arrangements to submit a payment, provide verification of employment, and provide verification that he was at the Elizabeth Library on July 16, 2010. The offender failed to abide by the above directives and did not make contact with the probation officer as directed on August 16, 2010. |
| 2. | The offender has violated the supervision condition which states |

'RESIDENTIAL REENTRY CENTER PLACEMENT (6 months WITH weekend privileges)

You shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges.'

The offender failed to complete this special condition as he was discharged as a program failure from the Toler House Community Correctional Facility on July 19, 2010 for various violations.

3. The offender has violated the supervision condition which states '**The offender shall pay the remaining $50 balance of his special assessment penalty, and pay his $2,500 fine.**'

The offender failed to make any payments toward his court-ordered financial obligations since his release from prison in March 2010.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 8/24/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: 9/16/10
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/31/10
Date