# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA           :

                                   :       CR.07 - 225 (PGS)

                                   :

V.                                 :

                                   :       ORDER

                                   :

SAMUEL HEGGS

                                   :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 23rd, day of September 2010,

O R D E R E D that Federal Public Defender Brian P. Reilly, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender