UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 07-225 (PGS)
:
v. : Hon. Peter G. Sheridan
:
SAMUEL HEGGS : ORDER

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant United States Attorney, appearing on behalf of the United States before the Court on January 19, 2011), in the presence of Brian Reilly, Esq., attorney for defendant Samuel Heggs, and United States Probation Officer Edward J. Irwin, for dismissal of the Petition for Warrant or Summons for Offender Under Supervision, the Court having considered the submission of the United States Probation Office for the United States District Court for the District of New Jersey, the arguments of the parties, and for the reasons stated on the record and for good cause shown:

IT IS, on this 25 day of January, 2011, hereby ORDERED that:

1. Violations 1, 2 and 3 of the Petition for Warrant or Summons for Offender Under Supervision dated August 31, 2010 are dismissed;

2. The defendant is continued on supervised release until March 29, 2011;

3. All other terms of the defendant's previously ordered supervised release are to remain in effect.

BY THE COURT:

_____
Hon. Peter G. Sheridan
United States District Judge